# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL CITY COMMERCIAL CAPITAL, f/k/a Information Leasing Corporation, assignee of Textron, Inc., )<br><br>Plaintiff,<br><br>v.<br><br>DOUBLE EAGLE DEVELOPMENT, INC.,<br><br>Defendant. | NO. 06-cv-0429-JPG-CJP |

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: January 14, 2009

NORBERT JAWORSKI, CLERK

 s/Brenda K. Lowe
**Deputy Clerk**


APPROVED: *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**